# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Hicks, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CCC Group Incorporated, a Texas corporation, <br><br> Defendant. | No. CV12-8028 PCT DGC <br><br> **ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **August 12, 2012** without further leave of Court.

Dated this 16th day of July, 2012.

_____
David G. Campbell
United States District Judge